IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00070-PSF-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMON W. SANDERS,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Default Judgment (Dkt. # 11), filed March 10, 2006.  Default was entered on March 6, 2006.  After reviewing the Complaint of the United States and attachments thereto and the instant motion and attachments thereto, the motion is GRANTED.

IT IS HEREBY ORDERED that Defendant Damon W. Sanders is liable to Plaintiff United States of America in the amount of $8,913.65, plus costs of suit in the amount of $250, plus post-judgment interest at the current legal rate, which will be compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. § 1961(b), as amended.

DATED:  April 25, 2006, *nunc pro tunc* March 10, 2006

BY THE COURT:

*s: Phillip S. Figa*
Phillip S. Figa
United States District Judge